# UNITED STATES DISTRICT COURT
for the

### EASTERN District of NORTH CAROLINA

FILED IN OPEN COURT
ON 4/24/26 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:26-MJ-1654-BM |
| ) | |
| Gannon Ken Van Dyke ) | Charging District:Southern District of New York |
| *Defendant* ) | Charging District's Case No. 1:26-CR-156 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | | |
|---|---|---|
| Place: | Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse<br>Pretrial Services Office<br>500 Pearl Street, Fifth Floor Room 550<br>New York, New York 10007-1312<br>212-805-0136 | Courtroom No.: Contact NYSD for courtroom location |
| | | Date and Time: 4/28/2026 at 9:30 a.m.. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 24, 2026

_____
*Judge's signature*

BRIAN S. MEYERS, U.S. MAGISTRATE JUDGE
*Printed name and title*